JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

PEDRO ANTONIO GONZALEZ BENITES, et al.,

Petitioners,

v.

JAMES JANECKA, et al.,

Respondents.

No. 5:26-cv-00222-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioners' claim for relief under *Maldenado Bautista*, and Respondents are enjoined from continuing to detain Petitioners unless they are provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order. The Clerk of Court is directed to close this case.

DATED: __March 2, 2026__

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE